UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN ARTHUR WALTHALL, ) <br> ) <br> Defendant. ) <br> _____ ) | No. SACR-14-00192-CJC <br><br> BRIEFING SCHEDULE ORDER |

The Government's Response to the Defendant's Motion To Recuse Judges of the Central District of California (ECF No. 13) shall be served and filed on or before January 23, 2015. The Defendant's Reply shall be served and filed within 12 days of the filing of the Government's Response. Request, if any, for oral argument shall be filed with such pleadings.

If a request for oral argument is made and the court grants the request, oral argument will be heard in the United States Courthouse in Riverside, California on Thursday, February 19, 2015 at 10 a.m.

The Clerk shall enter this Order and furnish copies to counsel.

Dated this 6th day of January, 2015.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1