LAW OFFICES OF
**TIMOTHY A. SCOTT**
A PROFESSIONAL CORPORATION
www.timscottlaw.com

1350 COLUMBIA STREET, SUITE 600
SAN DIEGO, CALIFORNIA 92101

TELEPHONE (619) 794-0451
FACSIMILE (619) 652-9964

July 17, 2015

Honorable Cormac J. Carney
United States District Court Judge
Central District of California, Southern Division
411 West Fourth Street
Courtroom 9B
Santa Ana, CA 92701-4750

     Re: *United States v. Walthall;* Case No. 14-CR-00192-CJC

Dear Judge Carney,

     I am appointed counsel for John Arthur Walthall in the above-captioned case. I was appointed on April 16, 2015 after two prior attorneys were relieved for conflicts of interest with Mr. Walthall. I request authorization to obtain the transcripts of record for the following sealed proceedings which were held prior to my appointment:

| Date | Docket Number | Description |
| --- | --- | --- |
| • March 10, 2015 | 32 | Status Conference |
| • March 17, 2015 | 38 | Status Conference |

     I would like to review these transcripts because I understand that there was substantive discussion about Mr. Walthall's desire to represent himself, including statements made by the defendant himself, at these hearing. I believe that at least one of these hearings resulted in Mr. Walthall lodging voluminous declarations and records with the Court. I feel that these transcripts would be relevant to mental-health and *Faretta* issues that are likely to arise, and that I should be

familiar with them to be up to speed on the case overall.  The Court has already issued an order (Dkt. No. 62) releasing these sealed transcripts to defense counsel.  However, I am informed by the Transcript Department that an additional authorization is needed to approve funding for the production of transcripts in non-appeal matters.  I respectfully request that the Court approve that funding.

     If there is any further information that I may provide with regards to this matter, please do not hesitate to contact me.

                                          Sincerely,

                                       */s/ Timothy A. Scott*
                                       Timothy A. Scott
                                       C.J.A. Attorney for John Walthall