UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JOHN ARTHUR WALTHALL,<br><br>    Defendant. | Case No. 14-CR-192-CJC<br><br>ORDER CONTINUING BRIEFING SCHEDULE RE: COMPETENCY EXAMINATION |

Good cause having been shown on the joint motion and stipulation of counsel,

**IT IS HEREBY ORDERED AS FOLLOWS:**

**The report from the Metropolitan Detention Center doctor(s) shall be due October 16, 2015; the defendant's brief in response shall be filed no later than October 23, 2015; and the government's brief in response shall be filed no later than October 30, 2015.**

The hearing date shall remain as set on **November 9, 2015.**

**IT IS SO ORDERED**.

_____          Date: October 16, 2015

HON. CORMAC J. CARNEY

United States District Judge