UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 15 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>JOHN ARTHUR WALTHALL,<br><br>        Defendant - Appellant. | No. 16-50464<br><br>D.C. No. 8:14-cr-00192-CJC-1<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

The judgment of this Court, entered July 24, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT

                By: Rebecca Lopez
                Deputy Clerk
                Ninth Circuit Rule 27-7