UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | SACR 14-00192-CJC | Date | February 21, 2020 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Gabriela Garcia | Debbie Hino-Spaan | Nicole Ries Fox (San Deigo) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| John Arthur Walthall | X | X | | James Cooper, III (CJA) | X | | X |

**PROCEEDINGS:**   **COMPETENCY HEARING (EVIDENTIARY)**

Competency hearing held.   Dr. Lisa Matthews and Dr. Samantha Shelton from the Metropolitan Detention Center also present.   Witnesses are sworn and testify.   See separately docketed List of Exhibits and Witnesses (G-65).

The Court confers with defense counsel and defendant in camera, with Dr. Matthews and Dr. Shelton also present.   The Court orders this portion of the transcript under seal.

The Court hears oral argument from the parties regarding the issue of defendant's competency.   For the reasons set forth on the record, the Court finds that defendant is competent to stand trial and assist in his defense, but he is not able to perform the basic tasks needed to present his own defense without the help of counsel.   Separate order to issue.

The Court sets a pretrial conference for March 9, 2020 at 2:30 p.m. and a trial for March 16, 2020 at 8:30 a.m.

Defendant submits a five-page document during the proceedings which will be incorporated into the record and filed as an entry on the docket under seal.   The Court orders the Courtroom Deputy to provide counsel with copies of this document.

The Court orders an **expedited** transcript of the proceedings at the expense of the government.

|  | 3 | : | 04 |
|---|---|---|---|
| Initials of Deputy Clerk | gga | | |

cc:   Dr. Lisa Matthews                                       Dr. Samantha Shelton
       Chief/Forensic Psychologist - MDC            Forensic Psychologist - MDC
       lhope@bop.gov                                          sshelton@bop.gov
       (via email)                                                  (via email)