United States Department of Justice
United States Attorneys Office
Central District of California
1200 United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012          July 10, 2021

John Arthur Walthall #57168-112
Metropolitan Detention
PO Box 531500
Los Angeles, CA 90053-1500

FILED
CLERK, U.S. DISTRICT COURT
JUL 28 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

VIA CLERK OF COURT & CERTIFIED MAIL 7010 2780 0003 3021 0772

RE: D.C. No. 8:14-cr-00192-CJC-1. United States v. Walthall; And United States Court of Appeals for the Ninth Circuit-782 Fed. Appx. 578; 2019 U.S. App. LEXIS 22090 No.16-50464 November 7, 2018; Filed July 24, 2019

Attention: AUSA(s)-A.L. Braverman; L. Sheppard; H.H. Hong; N.R. Foxx & Care of and via Clerk of the Court & Certified Mail & Judge

In RE: DISCOVERY REQUEST & MANDATORY JUDICIAL NOTICE OF RELEVANT FACTS

Pursuant to the Ninth Circuit Court's above Decision and Mandate after their reversal and establishment of Pro Se Rights under the Sixth. I am requesting your compliance with their intent for Due Process of Law.

Therefore I am again requesting after repeatedly doing so now for about seven (7) years many times orally in court; and innumerable times to all court appointed attorneys to this date, and so-called co-counsel, all of my discovery materials. Including all exculpatory exonorating information and materials of every kind or nature especially.

Per the 4TH, 5TH, 6TH, 14TH and other Amendments; and Brady, Giglio, Jenck's, Henthorne etc. and other Supreme Court Decisions we are both aware of. Along with the various Federal Rules of Procedure such as Rule-16; and the rest of the Federal Rules subparts for Criminal, Civil, Evidenciary, and District and Appealate Procedure. Now that five (5) trials have occured, especially all but not limited to, the Jenck's materials.

All of these materials must be printed, including written transcripts of all original, raw and untampered with audio. Along with printed out photographs, or video. As it is inaccessible for all practical purposes, when electronic; due to no or rare access to any way to see or hear any of it. Even so for back up purposes, and to be searchable, on the nearly nonexistent or rare access, I also need it in a flashdrive too.

Besides what I witnessed being proffered as evidence to five (5) different set of juries, which was incomplete, and altered from their originals I saw from trial to trial, and the fact I knew I was being recorded, against my will, under duress. I have a right to, and demand copies of the withheld audio/visual of the beatings, and staged extortion espisodes also recorded; not produced for the juries, or ever given to me. Which recording devices admitted to being in all three of their possession, all of the times, recorded it all, and therefore I have discovery rights to it all, as clearly exculpatory materials.

Redacted materials are not compliant with discovery requirements, and completely obstruct the entire purpose of discovery rights; when for all pratical purposes it is logistically impossible to wade through such concealment of evidence, under the practical immpossibility contrived. Versus in stead of, a straight forward good faith compliance, in the interest of justice.

Sincerely, *John Arthur Walthall*        1 of 1
John Arthur Walthall

U.S. District Court
c/o Attention: Clerk of the Court
255 E. Temple St., Room 180
Los Angeles, CA 90012

To: The Clerk of the Court

I am requesting via this certified mail included. You forward the original to the U.S. DOJ officers, the judge; and send a conforming copy to me after you record these documents.

thank you,

John A. Walthall

7/22/2021

