# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 14-00192-CJC | Date | August 13, 2021 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Rolls Royce Paschal | Debbie Hino-Spaan | Fred Sheppard / Carling Donovan |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| John Arthur Walthall | X | X | | Charles Brown, CJA | X | | X |

**PROCEEDINGS:   STATUS CONFERENCE**

Status Conference held.

Court clears Courtroom of all persons except staff, defendant, and defense attorney. Record as to this portion of the hearing is ordered sealed, subject to further order of Court.

All interested parties and the Assistant U.S. Attorneys re-enter the Courtroom. For the reasons stated on the record, the Court sets a status conference on **September 20, 2021 at 2:30 p.m.**

                                                                              1  :  03

Initials of Deputy Clerk   rrp