RANDY S. GROSSMAN
United States Attorney
FRED SHEPPARD
California State Bar No. 250781
CARLING E. DONOVAN
New York State Bar No. 5340484
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-4343

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-CR-192-CJC |
| Plaintiff, | **JOINT STATEMENT TO BE READ BEFORE TRIAL** |
| vs. | |
| JOHN ARTHUR WALTHALL | |
| Defendant. | |

COMES NOW, UNITED STATES OF AMERICA, by and through its counsel Randy S. Grossman, United States Attorney, and Fred Sheppard and Carling E. Donovan, Assistant United States Attorneys, jointly with Defendant John Arthur Walthall, by and through his attorney, Charles Brown, hereby submits the following Joint Statement to Be Read Before Trial.

## Joint Statement to Be Read Before Trial

In 2012, Defendant was convicted of wire fraud and failure to appear in federal court. After being sentenced to 14 years in prison and ordered to pay millions of dollars in restitution, the defendant began serving his sentence at Lompoc federal prison. In 2014, while at Lompoc prison, the Government has alleged that the defendant solicited various crimes of violence be perpetrated against multiple individuals involved in his previous prosecution, including the judge and prosecutors assigned to the prior case as well as two FBI agents that led the investigation that resulted in that prosecution.

Mr. Walthall has pleaded not guilty to the charges, and he denies these allegations. The defense asserts that the two inmates who claim to have been solicited by Mr. Walthall actually entrapped and manipulated him in order to receive time off of their own prison sentences.