UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES – GENERAL

Case No. SACR 14-00192-CJC                        Date:  March 15, 2022

Title: UNITED STATES V. JOHN ARTHUR WALTHALL

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER APPOINTING CRISTIANO "DIEGO" TREJOS ORTIZ COUNSEL**

     Trial is set to begin in this matter on Tuesday, March 29 at 8:30 a.m.  On March 14, 2022, the Court held a pre-trial conference in the above captioned matter.  At the conference, Assistant United States Attorney ("AUSA") Fred Sheppard informed the Court that one of the defense's witnesses, Cristiano "Diego" Trejos Ortiz, sought legal counsel in connection to his anticipated testimony.  AUSA Sheppard informed Mr. Ortiz that he could not provide such counsel, but he advised Mr. Ortiz that he was free to contact defense counsel in this case, Mr. Charles C. Brown.

     Later that same day, the Court received a letter from Mr. Ortiz (dated March 8, 2022) expressing his wish that the Court appoint him a federal public defender to provide him with legal support and advice in this matter.  (Dkt. 458.)  Mr. Ortiz is currently in the process of being transported to the Central District from North Lake Correction Facility in Baldwin, Michigan in anticipation of trial.  The Court **GRANTS** Mr. Ortiz's request and **APPOINTS** CJA Attorney Meghan Blanco to serve as Mr. Ortiz's counsel.  Ms. Blanco can be reached at: 28202 Cabot Road, Suite 300, Laguna Niguel, CA 92677.  Phone number: 949-296-9869.  Email: mblanco@meghanblanco.com.

MINUTES FORM 11
CRIM-GEN                                                             Initials of Deputy Clerk RRP

**cc**      mblanco@meghanblanco.com
            **Criminal Intake**
            **CJA Panel**