# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACR 14-00192-CJC |
| Date | March 31, 2022 |
| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
| Interpreter | None |

| Rolls Royce Paschal | Debbie Hino-Spaan | Fred Sheppard; Carling Donovan |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| John Arthur Walthall | X | X | | Charles Brown, CJA | X | | X |

___ Day COURT TRIAL        3rd Day JURY TRIAL        ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

X Witnesses called, sworn and testified.

X Exhibits identified        X Exhibits admitted

X Government rests.    X Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

X Motion for judgment of acquittal (FRCrP 29)   is ___ granted ___ denied  X submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:                    ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) _____        ___ Not Guilty on count(s) _____

___ Jury polled        ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.   ___ Remand/Release# _____ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X Case continued to **Friday, April 1, 2022 at 8:30 a.m.** for further trial/further jury deliberation.

X Other: The Court and counsel discuss jury instructions and verdict form as stated on the record.

                                                                          7 : 24

Initials of Deputy Clerk    rrp