UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 1 2022

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEP

Date: April 1, 2022

Time: 1:18 pm

Case No.:    SACR 14-00192-CJC

Case Title:  U.S.A. v. John Arthur Walthall

JURY NOTE NUMBER __1__

__✓__  THE JURY HAS REACHED A UNANIMOUS VERDICT

_____  THE JURY REQUESTS THE FOLLOWING:

DATE: April 1, 2022         SIGNED: ███████████
                            FOREPERSON OF THE JURY