FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 1 2022

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ARTHUR WALTHALL,<br><br>Defendant. | Case No. SACR 14-00192-CJC<br><br>VERDICT FORM |

As to Count One of the Indictment, we the jury in the above-captioned case unanimously find the defendant JOHN ARTHUR WALTHALL:

__Guilty__ of soliciting the assault of Andrew Guilford.
(~~Not Guilty~~ / Guilty)

__Guilty__ of soliciting the murder of Andrew Guilford.
(~~Not Guilty~~ / Guilty)

__Guilty__ of soliciting the assault of Mark Takla.
(~~Not Guilty~~ / Guilty)

__Guilty__ of soliciting the murder of Mark Takla.
(~~Not Guilty~~ / Guilty)

__Guilty__ of soliciting the assault of Ivy Wang.
(~~Not Guilty~~ / Guilty)

__Guilty__ of soliciting the murder of Ivy Wang.
(~~Not Guilty~~ / Guilty)

__Guilty__ of soliciting the assault of Brad Howard.
(~~Not Guilty~~ / Guilty)

__Guilty__ of soliciting the murder of Brad Howard.
(~~Not Guilty~~ / Guilty)

__Guilty__ of soliciting the assault of Frank Bernal.
(~~Not Guilty~~ / Guilty)

__Guilty__ of soliciting the murder of Frank Bernal.
(~~Not Guilty~~ / Guilty)

**When you have answered each question above, sign and date this form and return it to the Clerk.**

1

Date: April 1, 2022


FOREPERSON